IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case Number: 5:12-HC-2117-FL

JEFFREY LEE TURNER,
          Petitioner,
    v.                              **Judgment in a Civil Case**
WARDEN TRACY W. JOHNS,
          Respondent.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for an initial review pursuant to 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on November 5, 2012, with service on:

Jeffrey Lee Turner (via U.S. Mail)
250 Kermit Wallen Dr.
Pennington Gap, VA 24277

November 5, 2012                                 /s/ Julie A. Richards
                                                          Clerk